**Order filed, September 10, 2014.**



In The

# Fourteenth Court of Appeals
————————

### NO. 14-14-00598-CR
————————

## EX PARTE MARIO AVILA, Appellant

**On Appeal from the County Criminal Court at Law No 2
Harris County, Texas
Trial Court Cause No. 1922970**

## ORDER

The reporter's record in this case was due **July 28, 2014**. *See* Tex. R. App. P. 35.1. On **July 24, 2014**, this court received notice that no payment arrangements had been made for the reporter's record. On **August 14, 2014**, this court received notice that payment arrangements had been made, and extended the court reporters record due date until **August 24, 2014**. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Ida Garcia**, the official court reporter, to file the record in this appeal **within 10 days** of the date of this order.

PER CURIAM